No. 01–9254.  MOSLEY *v.* COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–9260.  LEE *v.* WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 01–9261.  LUECK *v.* COCKRELL, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–9263.  ALVARO PRIETO *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–9264.  JACKSON *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 01–9268.  CONNOR *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 01–9272.  DODSON *v.* ANGELONE, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 01–9283.  IN RE NABELEK (three judgments).  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–9287.  URBAN *v.* WISCONSIN ET AL.  C. A. 7th Cir. Certiorari denied.

No. 01–9289.  WASHINGTON *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–9294.  FRYE *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 01–9298.  FORD *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 01–9301.  GREEN *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 01–9302.  HARPER *v.* DERRICK ET AL.  C. A. 11th Cir. Certiorari denied.